IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| AKRAM IBIN FAREED, #214664, | ) |
| Plaintiff, | ) ) ) |
| v. | )  CASE NO. 2:21-CV-126-WHA-KFP |
| KAY IVEY, et al., | ) ) ) |
| Defendants. | ) |

## **ORDER**

On March 31, 2021, the Magistrate Judge entered a Recommendation (Doc. #5) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1. The Recommendation of the Magistrate Judge is ADOPTED.

2. This case is DISMISSED without prejudice for Plaintiff's failure to file an amended complaint as ordered by this court.

A separate Final Judgment will be entered.

DONE this 20th day of April, 2021.

/s/ W. Harold Albritton, III
SENIOR UNITED STATES DISTRICT JUDGE